# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 3/98

IN UNITED STATES   [X] MAGISTRATE   [X] DISTRICT   [ ] APPEALS COURT or   [ ] OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES V.S. Rivera

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Rolando Rivera

1 [X] Defendant—Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other

DOCKET NUMBERS
Magistrate: MJ04-M-239 JLA
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)   [X] Felony   [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? [X] Yes  [ ] No  [ ] Am Self-Employed
- Name and address of employer: Factory work
- IF YES, how much do you earn per month? $ 1,000 +
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? [X] Yes  [ ] No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [ ] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED $ _____
- SOURCES: Medical benefits - medicaid, no direct payments, just to hospital

**CASH**
- Have you any cash on hand or money in savings or checking accounts? [ ] Yes [X] No   IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes  [ ] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE $ 18,000 — wife
- DESCRIPTION: car - Ford Expedition

**DEPENDENTS**
- MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - 12 - daughter
  - 7 - daughter
  - 1 1/2 - son

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| rent, bills, pymts. | | $ | $ 1000 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/9/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Rolando Rivera