UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 CR 10355 GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number:<br>)<br>) Violations:<br>) |
| V. | ) 21 U.S.C. § 846 –<br>) Conspiracy to Possess with<br>) Intent to Distribute, and to<br>) Distribute Heroin<br>) |
| ROLANDO F. RIVERA,<br><br>     Defendant | ) 21 U.S.C. § 841(a)(1)--<br>) Distribution of Heroin<br>)<br>) 21 U.S.C. § 841(a)(1)--<br>) Possession With Intent to<br>) Distribute Heroin<br>)<br>) 21 U.S.C. § 853 –<br>) Criminal Forfeiture<br>) Allegation |

**INDICTMENT**

**COUNT ONE:**   (Title 21, United States Code, Section 846 --
Conspiracy to Possess With Intent to Distribute,
and to Distribute Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but from at least in or about August, 2004 and continuing until on or about November 4, 2004 at New Bedford, and elsewhere in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute, and to

distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:   (Title 21, United States Code § 841(a)(1)-- Possession With Intent To Distribute, And Distribution Of, Heroin)

The Grand Jury further charges that:

On or about August 6, 2004, at New Bedford, in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE:    (Title 21, United States Code § 841(a)(1)--
                Possession With Intent To Distribute, And
                Distribution Of, Heroin)

The Grand Jury further charges that:

On or about September 8, 2004, at New Bedford, in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR:     (Title 21, United States Code § 841(a)(1)--
                Possession With Intent To Distribute, And
                Distribution Of, Heroin)

The Grand Jury further charges that:

On or about September 21, 2004, at New Bedford, in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**   (Title 21, United States Code § 841(a)(1)--
Possession With Intent To Distribute, And
Distribution Of, Heroin)

The Grand Jury further charges that:

On or about September 27, 2004, at New Bedford, in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX:    (Title 21, United States Code § 841(a)(1)--
              Possession With Intent To Distribute, And
              Distribution Of, Heroin)

The Grand Jury further charges that:

On or about October 28, 2004, at New Bedford, in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN:**   (Title 21, United States Code § 841(a)(1)--
           Possession With Intent To Distribute, Heroin)

The Grand Jury further charges that:

On or about November 4, 2004, at New Bedford, in the District of Massachusetts,

**ROLANDO F. RIVERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

    1.  The defendant ROLANDO F. RIVERA is accountable for at least 80 grams, but less than 100 grams, of heroin. Accordingly, USSG §2D1.1(c)(8) applies to the defendant.

    2.  At the time he committed the offenses charged in this Indictment, the defendant, ROLANDO F. RIVERA was at least eighteen years old and had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to the defendant.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One, Two, Three, Four, Five, Six and Seven

**ROLANDO F. RIVERA,**

defendant herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant –

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described

in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
GLENN A. MACKINLAY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; December, __8__ 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12/8/04
12:30

JS 45 (5/97) - (Revised USAO MA 1/15/04)

04CR 10355GAO

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA

**City** New Bedford    **Related Case Information:**

**County** Bristol    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   MJ04-M-239-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Rolando Rivera    Juvenile  [ ] Yes  [x] No

**Alias Name** _____

**Address** 191 Liberty Street, New Bedford, MA

**Birth date (Year only):** 1973  **SSN (last 4 #):** 9662  **Sex** m  **Race:** Hispanic  **Nationality:** U.S.

**Defense Counsel if known:** Timothy Watkins    **Address:** Federal Defender's Office

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Glenn A. MacKinlay    **Bar Number if applicable** _____

**Interpreter:** [x] Yes  [ ] No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** [ ] Yes  [x] No

[ ] Warrant Requested    [ ] Regular Process    [x] In Custody

**Location Status:**

**Arrest Date:** November 4, 2004

[x] Already in Federal Custody as  November 4, 2004   in  Plymouth County Corr. Facility
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  [ ] Complaint   [ ] Information   [x] Indictment

**Total # of Counts:**  [ ] Petty   [ ] Misdemeanor   [x] Felony  7

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 8, 2004    **Signature of AUSA:** /s/ Glenn A. MacKinlay

04CR10355GAO

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Rolando Rivera

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | 21 U.S.C. 841(a) | Distribution of Heroin | 2-6 |
| Set 3 | 21 U.S.C. 841(a) | Possession with Intent to Distribute Heroin | 7 |
| Set 4 | 21 U.S.C. 853 | Criminal Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**