UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.   MJ04-M-239 JLA
CR04-10355 GAO

UNITED STATES OF AMERICA

V.

ROLANDO RAMIREZ

ORDER ON DETENTION
December 8, 2004

ALEXANDER, U.S.M.J.

The defendant Rolando Ramirez, appeared before this Court on this date, pursuant to an complaint charging him with a violation of 21 U.S.C. § 841(a) (possession with intent to distribute heroine). The government was represented by Assistant United States Attorney Glenn MacKinlay and the defendant was represented by attorney Timothy Watkins.

In that an indictment was returned and thus probable cause established, the defendant waived the hearing on Preliminary Examination. The defendant waived his right to a detention hearing and consented to an order of detention. This Court hereby DETAINS the defendant pursuant to 18 USC §3142 (e).

SO ORDERED.

/S/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE