UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                             )
UNITED STATES OF AMERICA     )
                             )
        v.                   )   Criminal No. 04-10355-GAO
                             )
ROLANDO F. RIVERA            )
                             )
                             )
_____  )

**ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through the undersigned counsel, now files this Assented-To Motion to Exclude Time Under the Speedy Trial Act from February 3, 2005 through March 22, 2005. In support of its motion, the government states as follows:

1. On February 3, 2005, Magistrate Judge Alexander held an initial status conference in the above-entitled matter. At that time, the government and Defendant Rolando Rivera (collectively, "the parties") asked that the Court schedule an interim status conference. In the time between the initial status conference and the requested interim status conference, the parties informed the Court that they would complete discovery, the defendant would determine whether he planned to file any suppression motion and the parties would continue their discussions about resolution of this matter short of trial. The Court scheduled an interim status conference in this matter for March 22, 2005.

2. Through his counsel at the February 3rd status conference, the defendant agreed that the period from February 3, 2005 through

-1-

March 22, 2005 should be excluded for purposes of the Speedy Trial Act.

    3.   Based on the foregoing, the parties submit that the ends of justice as described above outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the government respectfully submits that an order of excludable delay should issue pursuant to 18 U.S.C. § 3161(h)(8)(A) as to defendant David Restrepo for the period from February 3, 2005 through and including March 22, 2005.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| ROLANDO F. RIVERA | UNITED STATES ATTORNEY |
|  | By:  /s Denise J. Casper |
|  | DENISE J. CASPER |
| By His Attorney | Assistant U.S. Attorney |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, MA 02210 |
| /s Timothy Watkins (DJC) | (617) 748-3120 |
| TIMOTHY WATKINS, ESQ. |  |
| Federal Defender's Office |  |
| 408 Atlantic Avenue, 3rd Floor |  |
| Boston, MA 02210 |  |
| (617) 223-8061 |  |

Date:    February 4, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing and mail:

>Timothy Watkins, Esq.
>Federal Defender's Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02210

This 4th day of February 2005.

_____
DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY