UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10355-GAO |
| ) | |
| ROLANDO F. RIVERA ) | |

**JOINT MEMORANDUM OF THE PARTIES FOR INITIAL STATUS CONFERENCE**

Pursuant to Local Rule 116.5(A), the government and Defendant Rolando Rivera report as follows:

1. The parties agree and propose to extend the period for automatic discovery under Local Rule 116.1(A) for twenty-eight days until March 3, 2005. The parties also agree and propose to set a deadline for the filing of discovery letters of March 17, 2005.

2. Defendant requests expert discovery. The parties propose the following schedule for expert disclosures: i) government's expert disclosures are due 30 days before trial; and ii) defendant's expert disclosures are due 14 days before trial.

3. Anticipated discovery is addressed under Paragraph 1 above.

4. The parties propose that a deadline for suppression motions be set at the interim status conference that the parties propose below.

5. Speedy Trial Act

    a. The parties request that the time between February 3,

-1-

2/3/05 [signature], m.j. Motion for excludable delay is hereby allowed. Motion to extend automatic discovery is allowed.

2005, the date of the initial status conference, and the date for the interim status conference that the parties propose below be excluded under the Speedy Trial pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court.  Before the interim status conference, the parties will complete discovery, the defendant will decide whether a deadline for filing any suppression motions is necessary and the parties will continue to discuss the possibility of resolution of this matter short of trial.  It is parties' position that the ends of justice served by granting this requested exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

6. It is too early to determine whether a trial is necessary in this case.  If, however, the case proceeds to trial, the parties anticipate that it will be a one-week trial.

7. The parties request that the Court set an interim status conference for a date during the week of March 21, 2005.

                              Respectfully submitted,

| | |
|---|---|
| ROLANDO RIVERA<br>By his attorney,<br><br>*Timothy Watkins/DC*<br>TIMOTHY WATKINS, Esq.<br>Federal Defender's Office<br>408 Atlantic Ave., 3rd Floor<br>Boston, MA 02210<br>(617) 223-8061 | MICHAEL J. SULLIVAN<br>United States Attorney<br>By:<br><br>GLENN A. MACKINLAY<br>DENISE JEFFERSON CASPER<br>Assistant U.S. Attorneys<br>(617) 748-3120 |

Date:  February 3, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand:

>Timothy Watkins, Esq.
>Federal Defender's Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02210

This 3rd day of February 2005.

DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY