

**U.S. Department of Justice**

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

February 24, 2005

Timothy G. Watkins
Federal Defender's Office
408 Atlantic Avenue, 3rd floor
Boston, MA 02210

    Re:  United States v. Rolando Rivera
         Criminal No. 04-10355-GAO

Dear Counsel:

    Enclosed please find in the above matter copies of the three drug certificates from the State Police Crime laboratory.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                    Very truly yours,

                    MICHAEL J. SULLIVAN
                    United States Attorney

        By:
            S/ Glenn A. MacKinlay
            GLENN A. MACKINLAY
            Assistant U.S. Attorney

enclosures

cc:  Rex Brown, Clerk to the Honorable Joyce London Alexander
     (w/o enclosures)