UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Criminal No. 04-10355-GAO |
| | ) |
| ROLANDO F. RIVERA | ) |
| | ) |

**ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    The United States of America, by and through the undersigned counsel, now files this Assented-To Motion to Exclude Time Under the Speedy Trial Act from March 22, 2005 through May, 2005. In support of its motion, the government states as follows:

    1.   On March 22, 2005, Magistrate Judge Alexander held an interim status conference in the above-entitled matter. At that time, the government and Defendant Rolando Rivera (collectively, "the parties") asked that the Court schedule a final status conference. In the time between the interim status conference and the requested final status conference, the parties informed the Court that they would complete discovery, the defendant would determine whether he planned to file any dispositive motions and the parties would continue their discussions about resolution of this matter short of trial. The Court scheduled an interim status conference in this matter for May 5, 2005.

    2. Through his counsel at the March 22nd status conference, the defendant agreed that the period from March 22, 2005 through

May 5, 2005 should be excluded for purposes of the Speedy Trial Act.

    3.   Based on the foregoing, the parties submit that the ends of justice as described above outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the government respectfully submits that an order of excludable delay should issue pursuant to 18 U.S.C. § 3161(h)(8)(A) as to defendant Rolando Rivera for the period from March 22, 2005 through and including May 5, 2005.

|  |  |
|---|---|
| ASSENTED-TO<br>ROLANDO F. RIVERA | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| By His Attorney | By:  s/ Glenn A. MacKinlay<br>GLENN A. MACKINLAY<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |
| s/ Timothy Watkins (GAM)<br>TIMOTHY WATKINS, ESQ.<br>Federal Defender's Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>(617) 223-8061 | (617) 748-3120 |

Date:    March 23, 2005

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing and mail:

>Timothy Watkins, Esq.
>Federal Defender's Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02210

This 23nd day of March 2005.

>*Glenn A. MacKinlay*
>GLENN A. MACKINLAY
>ASSISTANT UNITED STATES ATTORNEY