UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 3/22/05
By [signature]
Deputy Clerk

UNITED STATES OF AMERICA )
)
)
v. )   Criminal No. 04-10355-GAO
)
ROLANDO F. RIVERA )
)
)

## JOINT MEMORANDUM OF THE PARTIES FOR INTERIM STATUS CONFERENCE

Pursuant to Local Rule 116.5(A), the government and Defendant Rolando Rivera report as follows:

1. The parties agree that discovery is complete with the exception of a fingerprint report of the DEA that the government will provide upon receipt of it.

2. Defendant requests expert discovery. The parties propose the following schedule for expert disclosures: i) government's expert disclosures are due 30 days before trial; and ii) defendant's expert disclosures are due 14 days before trial.

3. Anticipated discovery is addressed under Paragraph 1 above.

4. The parties propose that a deadline for suppression motions be set at the final status conference that the parties propose below.

5. Speedy Trial Act

   a. The parties request that the time between March 22, 2005, the date of the interim status conference, and the date for the final status conference that the parties propose below

be excluded under the Speedy Trial pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court. Before the final status conference, the parties will complete discovery, the defendant will decide whether a deadline for filing any suppression motions is necessary and the parties will continue to discuss the possibility of resolution of this matter short of trial. It is parties' position that the ends of justice served by granting this requested exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

6. It is too early to determine whether a trial is necessary in this case. If, however, the case proceeds to trial, the parties anticipate that it will be a one-week trial.

7. The parties request that the Court set a final status conference at a convenient time in May, 2005 accordance with the courts schedule.

Respectfully submitted,

ROLANDO RIVERA
By his attorney,

TIMOTHY WATKINS, Esq.
Federal Defender's Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
(617) 223-8061

MICHAEL J. SULLIVAN
United States Attorney
By:

GLENN A. MACKINLAY
Assistant U.S. Attorney
(617) 748-3215

Date: March 22, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand:

> Timothy Watkins, Esq.
> Federal Defender's Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA 02210

This 22nd day of March 2005.

*/s/ Glenn A. Mackinlay*
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY