UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10355-GAO |
| | ) | |
| ROLANDO RIVERA | ) | |

JOINT MOTION TO CONTINUE
FINAL STATUS CONFERENCE

    Defendant, Rolando Rivera, respectfully moves that this Court continue the Final Status Conference, presently scheduled for May 5, 2005 at 2:30 p.m., to a date convenient to the Court during the week of June 6, 2005. As support of this motion, the parties through counsel states that automatic discovery has been completed and defendant does not intend to file substantive motions. The parties are continuing to negotiate resolution of the case short of trial. Additional investigation of defendant's criminal history by counsel for defendant, however, is required before the parties can affirmatively represent to the Court that the case should be reported to the District Court for disposition. Counsel expects that investigation to be completed by June 6, 2005 at which time the parties should be prepared to have the case sent to the District Court.

    The parties agree that the Court's prior orders have excluded time up to and including May 5, 2005. The parties further agree that the Court should exclude time up to and including the rescheduled Final Status Conference in the

interests of justice to allow the parties to negotiate a resolution of the case short of trial.

Respectfully submitted,

| MICHAEL SULLIVAN | ROLANDO RIVERA |
| UNITED STATES ATTORNEY | By His Attorney, |

/s/ Timothy Watkins o/b/o
Glenn A. MacKinlay
Assistant U. S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
Tel: 617-748-3965

/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061