UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                CRIMINAL NO. 04-10355 GAO

ROLANDO RIVERA
      Defendant

**ORDER
ON JOINT MOTION TO
<u>CONTINUE FINAL STATUS CONFERENCE</u>
(#15)**
May 5, 2005

ALEXANDER, U.S.M. J.

    The government will produce a fingerprint report on or before June 6, 2005. Upon receipt of the report, all discovery and motions will have been completed. On a date thereafter, the parties will be prepared for their pre-trial conference before the District Judge. There is no need to continue the Final Status Conference.

    SO ORDERED.

                                /S/ Joyce London Alexander
                                UNITED STATES MAGISTRATE JUDGE