UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10355-GAO |
| | ) | |
| ROLANDO F. RIVERA | ) | |

## JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(C)

Pursuant to Local Rule 116.5(C), the parties state as follows:

i. <u>Outstanding Discovery Issues</u>

The parties are not aware of any outstanding discovery issues not yet presented to or resolved by the Court.

ii. <u>Anticipated Additional Discovery</u>

The parties are not aware of any discovery required to be produced pursuant to the Local Rules that has not already been produced or addressed by counsel.  Should the parties become aware in future of any additional discovery that needs to be disclosed, such discovery will be provided in accordance with the Local Rules.

iii. <u>Defense of Insanity or Public Authority</u>

The defendant has not indicated an intent to assert a defense of insanity or public authority.

-1-


FILED
In Open Court
USDC, Mass.
Date 5/5/05
By
Deputy Clerk

    iv.  <u>Notice of Alibi</u>

The defendant has not indicated an intent to assert an alibi defense.

    v.  <u>Dispositive Motions</u>

The defendant has not indicated an intent to file any motions to dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

    vi.  <u>Scheduling</u>

The parties are not aware of any issue requiring scheduling but request some additional time to continue efforts to resolve the case, as discussed below.

    vii.  <u>Plea Negotiations</u>

The parties expect that the matter will be resolved without a trial, but request additional time to finalize the discussions.

    viii.  <u>Excludable Delay</u>

The parties will calculate the days left under the Speedy Trial Act and supplement this report. The parties request that the period between May 5, 2005 and any additional conference be excluded from the Speedy Trial Clock, in the interests of justice.

    ix.  <u>Whether Trial is Anticipated; Length of Trial</u>

The government does not anticipate a trial in this case, if there is a trial it will last approximately one week.

                                        Respectfully submitted,

ROLANDO RIVERA                          MICHAEL J. SULLIVAN
By his attorney,                        United States Attorney


                                        By: /s/ Glenn A. MacKinlay
/s/ Timothy Watkins                     _____
TIMOTHY WATKINS, Esq.                   GLENN A. MACKINLAY
Federal Defender's Office               Assistant U.S. Attorney
408 Atlantic Ave., 3rd Floor            (617) 748-3215
Boston, MA 02210
(617) 223-8061

Date: May 5, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand:

>Timothy Watkins, Esq.
>Federal Defender's Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02210

This 5th day of May 2005.

>/s/ Glenn A. MacKinlay
>GLENN A. MACKINLAY
>ASSISTANT UNITED STATES ATTORNEY