UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10355-GAO |
| ) | |
| ROLANDO RIVERA ) | |

<u>MOTION TO CONTINUE PRETRIAL CONFERENCE</u>

Defendant, Rolando Rivera, respectfully moves that this Court continue the Pretrial Conference, presently scheduled for July 18, 2005 at 2:15 p.m., to a date convenient to the Court but no earlier than the week of July 25, 2005.  As support of this motion, defendant through counsel states that counsel will be out of the country on a long-planned family vacations and will not be returning until July 25, 2005.  Defendant agrees that the Court should exclude time up to and including the rescheduled Pretrial Conference in the interests of justice to accommodate counsel's request.

ROLANDO RIVERA
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061