UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10355-GAO |
| ) | |
| ROLANDO RIVERA ) | |

JOINT MOTION TO CONTINUE
<u>PRETRIAL CONFERENCE</u>

 Defendant, Rolando Rivera, respectfully moves that this Court continue the Pretrial Conference, presently scheduled for July 27, 2005, to a date convenient to the Court during after mid-September.  As support of this motion, the parties through counsel state that the parties are attempting to negotiate resolution of the case short of trial.  Additional factual investigation, however, is required before the parties can affirmatively represent to the Court that the case should be scheduled for disposition.  Counsel expect that investigation to be completed by early September at which time the parties will be prepared to report the status of the case to the Court.

 The parties agree that the magistrate judge's prior orders have excluded time up to and including June 6, 2005.  The defendant has previously requested that the time from June 6, 2005 through July 27, 2005 be excluded from calculation as a result of defense counsel's scheduling conflicts.  Therefore, 70 days presently remain in which to try the case.  The parties further agree that the Court should exclude time from July 27,

2005 up to and including the rescheduled Pretrial Conference in the interests of justice to allow the parties to negotiate a resolution of the case short of trial.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | ROLANDO RIVERA<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Glenn A. MacKinlay<br>Assistant U. S. Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3965 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |