UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 04-10355-GAO |
| ) | |
| ROLANDO F. RIVERA        ) | |
| ) | |

**ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING**

Now comes the government in the above matter and requests this court to continue the Rule 11 hearing. As reason therefore, the government states that the defense counsel and the government have been negotiating the resolution of this case using a plea agreement. The parties request an additional two weeks to finalize discussions and provide the court with a signed plea agreement. Defense counsel assents to this motion and agrees to exclude the time under the Speedy Trial Act.

|  | Respectfully submitted, |
|---|---|
| ROLANDO RIVERA | MICHAEL J. SULLIVAN |
| By his attorney, | United States Attorney |
| | |
| | By: |
| s/ Timothy Watkins | S/ Glenn A. MacKinlay |
| TIMOTHY WATKINS, Esq. | GLENN A. MACKINLAY |
| Federal Defender's Office | Assistant U.S. Attorney |

Date: November 14, 2005

-1-

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax and efiling:

       Timothy Watkins, Esq.
       Federal Defender's Office
       408 Atlantic Avenue, 3rd Floor
       Boston, MA 02210

This 11th day of November 2005.

       S/ Glenn A. MacKinlay
       GLENN A. MACKINLAY
       ASSISTANT UNITED STATES ATTORNEY