```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )    Criminal No. 04-10355-GAO
                                    )
ROLANDO F. RIVERA                   )
                                    )
```

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

Now comes the government in the above matter and requests this court to continue the sentencing hearing presently scheduled for March 15, 2006. As reason therefore, the government states that the government requires additional time to consider filing a motion addressing departures. The parties request an additional two weeks to permit the government to finalize its position. Defense counsel assents to this motion.

```
                                    Respectfully submitted,
ROLANDO RIVERA                      MICHAEL J. SULLIVAN
By his attorney,                    United States Attorney


                           By:
s/ Timothy Watkins                  s/ Glenn A. MacKinlay
TIMOTHY WATKINS, Esq.                GLENN A. MACKINLAY
Federal Defender's Office            Assistant U.S. Attorney
```

Date: March 9, 2006

-1-

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling:

        Timothy Watkins, Esq.
        Federal Defender's Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02210

This 9th day of March, 2006.

                                      S/ Glenn A. MacKinlay
                                      GLENN A. MACKINLAY
                                      ASSISTANT UNITED STATES ATTORNEY