UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10355-GAO |
| | ) | |
| ROLANDO RIVERA | ) | |

### MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Defendant, Rolando Rivera, moves, pursuant to Local Rule 7.2, that Defendant's Assented-To Motion to Continue Sentencing be impounded until further order of this Court. As reason therefore, the Motion includes sensitive information that should not be made public.

ROLANDO RIVERA
By his attorney,

/s/ Timothy Watkins
Timothy Watkins
B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
(617) 223-8061

### CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2006.

/s/ Timothy G. Watkins
Timothy G. Watkins